THE CITY OF NEW YORK, Respondent, v. HARRY H. BUTTS, Appellant. (Action No. 1, Taxes of 1919.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.